UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL JUDGMENT RECOVERY, INC.,**

    **Plaintiff,**

v.                                  **Case No.: 8:21-mc-0051-WFJ-AAS**

**GENE MARTIN,**

    **Defendant.**
_____/

**ORDER**

    Nationwide Judgment Recovery, Inc. (NJR) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment against Wells Fargo Bank, N.A. for a judgment owed by Gene Martin. (Doc. 21).

    Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id*. Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the

amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina entered judgment against the defendant class, including Mr. Martin, in the amount of $41,791.78, plus accruing post-judgment interest. (Doc. 21, p. 2). According to NJR's motion, this amount remains unpaid. (*Id.*).

NJR's Motion for Writ of Garnishment (Doc. 21) is **GRANTED**. The Clerk of Court is **DIRECTED** to issue the writ of garnishment to the named garnishee using the forms attached to NJR's motion. (Doc. 21-1). NJR must include with the writ copies of:

a. NJR's Motion for Writ of Garnishment (Doc. 21),
b. this Order, and
c. The Registration of Foreign Judgment (Doc. 1).

**ORDERED** in Tampa, Florida on March 8, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2